IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-212-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ENTRY OF DEFAULT |
| | ) | |
| JEROME E. KIAKU, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This the 20th day of August, 2010.

_____
for: DENNIS P. IAVARONE
Clerk of Court